UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NAIN ANTONIO ANDARCIA JIMENEZ,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.
_____/

Case No. 1:25-cv-1556

Honorable Paul L. Maloney

**ORDER REGARDING FURTHER BRIEFING**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner initiated this action on November 24, 2025, by filing a counseled combined petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for emergency injunctive relief. (Pet., ECF No. 1.) In an order entered on December 2, 2025, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) Respondents filed their response on December 3, 2025, (ECF No. 4), and Petitioner filed his reply on December 4, 2025, (ECF No. 5).

With their response, Respondents have attached a Notice to Appear (NTA) indicating that Petitioner entered the United States on or about October 7, 2023, at or near Eagle Pass, Texas, without being "admitted or paroled after inspection by an immigration officer." (NTA, ECF No. 4-1, PageID.63.) On October 10, 2023, the Department of Homeland Security (DHS) issued

Petitioner the NTA, charging him with inadmissibility under §§ 212(a)(6)(A)(i) of the INA because Petitioner is an immigrant "present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General. (*Id.*) However, Petitioner did not remain in custody following the October 10, 2023, NTA. Petitioner was instead released and ordered to appear before an immigration judge on February 2, 2026. (*Id.*)

The factual circumstances surrounding Petitioner's release from custody in 2023 are critical in assessing the merits of Petitioner's claims and the type of relief that may be available.

Accordingly, within two business days of the date of this order, the Parties shall each file a one-page document describing the factual circumstances surrounding Petitioner's release from custody following the October 10, 2023, NTA, including but not limited to whether Petitioner was paroled under § 212(d)(5) of the INA, codified at 8 U.S.C. § 1182(d)(5), and any conditions imposed as part of the release.

**IT IS SO ORDERED.**

Dated:  December 12, 2025                /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge